WILLIAM G. MALCOLM, #129271
KERRY MOYNIHAN, #250571
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

**Attorneys for Secured Creditor,
CHASE HOME FINANCE, LLC**

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CARLOS RIVERA<br><br>Debtor. | Bankruptcy Case No. 2:10-bk-27399-VK<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>MEETING OF CREDITORS:<br>DATE:    June 17, 2010<br>TIME:    9:00 AM<br>PLACE:   U.S. Bankruptcy Court,<br>         Rm. 103, 725 S. Figueroa |

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR, AND THE DEBTOR'S ATTORNEY:**

Chase Home Finance, LLC ("Chase") as servicer for Bank of America, National Association, successor by merger to La Salle Bank, National Association, as trustee for Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE5-Trust, hereby objects to confirmation of the Debtor's Chapter 13 Plan.

Bank of America is the holder of a claim secured only by a security interest in real property commonly known as 13208 Carfax Avenue, Downey, California, which is the Debtor's principal residence. The total amount that is due and owing under the Promissory Note is approximately $580,068.80 and the pre-petition arrearage amount owed is approximately $75,944.13. Chase objects to the Debtor's Plan on the following grounds:

The Debtor's Plan significantly understates the pre-petition arrears owed to Chase. As the Debtor's Plan does not provide for the cure of the full amount of pre-petition default owed, it is infeasible and does not satisfy §1322(b)(5) or §1325(a)(5).

In order to cure Chase's arrears the Debtor's Plan payment must be at least $1,265.74 for 60 months (not including the increase in Trustee's fees). The Debtor's Schedules I and J indicate that the Debtor only has disposable income of approximately $310.00 per month. Based on Debtor's Schedules, the Debtor is not able to propose a feasible plan that will cure the arrearage to Chase.

Based on the foregoing, Chase respectfully requests that the Court deny confirmation on the Debtor's Chapter 13 Plan.

DATED: June 21, 2010    Respectfully Submitted,

MALCOLM CISNEROS, A Law Corporation

_/s/William G. Malcolm_
WILLIAM G. MALCOLM
Attorney for Secured Creditor,
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION

| In re:<br>CARLOS RIVERA | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:09-bk-40372-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Malcolm ♦ Cisneros
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612

A true and correct copy of the foregoing document described **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 21, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**CHAPTER 13 TRUSTEE:** Kathy A. Dockery, efiling@CH13LA.com
**DEBTOR'S ATTORNEY:** Leroy Bishop Austin, lbishopbk@yahoo.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **June 21, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:** Carlos Rivera, 13208 Carfax Ave., Downey, CA 90242
**JUDGE:** Honorable Alan M. Ahart, 255 East Temple Street, Suite 1382, Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 21, 2010 | Adam Mischlich | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1